UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ZYNGA GAME NETWORK, INC.,<br>　　　　Plaintiff, | No. C 09-3263 CW |
| v. | **ORDER GRANTING REQUEST FOR DEFENDANT CHIRAG KENIA TO ATTEND THE MEDIATION TELEPHONICALLY** |
| CHIRAG KENIA,<br>　　　　Defendant.<br>_____/ | |
| | Date:　　September 1, 2010<br>Mediator:　William Hebert |

　　　IT IS HEREBY ORDERED that the request for defendant Chirag Kenia to be excused from personally attending the September 1, 2010 mediation session before William Hebert is GRANTED. Mr. Kenia shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

　　　IT IS SO ORDERED.

Aug. 6, 2010　　　　　By:　　　　　*Elizabeth D. Laporte*
Dated　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　United States Magistrate Judge