Larry W. McFarland (Bar No. 129668)
E-Mail: lmcfarland@kmwlaw.com
Dennis Wilson (Bar No. 155407)
E-Mail: dwilson@kmwlaw.com
David K. Caplan (Bar No. 181174)
E-Mail: dcaplan@kmwlaw.com
Christopher Varas (Bar No. 257080)
E-Mail: cvaras@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

Attorneys for Plaintiff
ZYNGA GAME NETWORK INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZYNGA GAME NETWORK INC.<br><br>                    Plaintiff,<br><br>          v.<br><br>CHIRAG KENIA, A/K/A DANNY BLING, an individual; and K-VALUEMART INDIA PVT. LTD., an Indian entity,,<br>                    Defendants. | **CASE NO. CV 09-3263 CW (EMC)**<br><br>**STIPULATED REQUEST TO CONTINUE FACT DISCOVERY DEADLINE; and**<br><br>**PROPOSED ORDER** |

Plaintiff Zynga Game Network Inc. ("Zynga") and defendants Chirag Kenia and K-Valuemart India Pvt. Ltd. ("Defendants") (Zynga and Defendants are collectively referred to as the "Parties") submit this stipulated request to continue the fact discovery deadline in this matter.

WHEREAS: The Court held a Case Management Conference in this case on June 1, 2010; and

WHEREAS: The Court issued a Case Management Order on June 1, 2010 (the "Order") which specifies that fact discovery in this case must be completed by September 17, 2010; and

WHEREAS: The Order specifies that expert discovery must be completed by November 29, 2010; and

WHREAS: Defendants have filed a motion to dismiss the First Amended Complaint for lack of personal jurisdiction (the "Motion"), which is noticed for hearing on September 30, 2010; and

WHEREAS: The Parties anticipate that additional discovery may be required before the hearing on the Motion, and following the Court's ruling on the Motion; and

WHEREAS: The Parties agree that the nature and status of this litigation are such that expert and fact discovery can proceed concurrently; and

WHEREAS: The Parties anticipate that an extension of the fact discovery deadline from September 17 to November 29 will allow them sufficient time to complete discovery regardless of the Court's ruling on the Motion; and

WHEREAS: An extension of the fact discovery deadline to November 29 will not postpone any of the other dates in the Order; and

WHEREAS: The Parties submit this stipulation to this Court rather than to Magistrate Chen because it requests a modification of this Court's Order.

- 1 -

CASE NO. CV 09-3263 CW (EMC)
STIPULATED REQUEST TO
CONTINUE FACT DISCOVERY
DEADLINE AND PROPOSED ORDER

THEREFORE, the Parties stipulate and respectfully request that the Court modify the Case Management Order by continuing the deadline for completion of fact discovery from September 17, 2010 to November 29, 2010.

**IT IS SO STIPULATED**

KEATS McFARLAND & WILSON LLP

Dated:  August 6, 2010          By:          /s/
                                    Christopher T. Varas
                                    Attorneys for Plaintiff
                                    ZYNGA GAME NETWORK INC.

STRASSBURG, GILMORE & WEI LLP

Dated:  August 6, 2010          By:          /s/
                                    William Gilmore
                                    Attorneys for Defendants
                                    CHIRAG KENIA and K-VALUEMART INDIA PVT. LTD.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The deadline for completion of fact discovery in this case is continued until November 29, 2010.  All other dates in the Court's Case Management Order remain unchanged.

ENTERED THIS **12th** DAY OF **August**, 2010


                                    The Honorable Claudia Wilken,
                                    United States District Judge

- 2 -

CASE NO. CV 09-3263 CW (EMC)
STIPULATED REQUEST TO CONTINUE FACT DISCOVERY DEADLINE AND PROPOSED ORDER