Larry W. McFarland (Bar No. 129668)
E-Mail: lmcfarland@kmwlaw.com
Dennis Wilson (Bar No. 155407)
E-Mail: dwilson@kmwlaw.com
David K. Caplan (Bar No. 181174)
E-Mail: dcaplan@kmwlaw.com
Christopher Varas (Bar No. 257080)
E-Mail: cvaras@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

Attorneys for Plaintiff
ZYNGA GAME NETWORK INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZYNGA GAME NETWORK INC.<br><br>Plaintiff,<br><br>v.<br><br>CHIRAG KENIA, A/K/A DANNY BLING, an individual; and K-VALUEMART INDIA PVT. LTD., an Indian entity,,<br>Defendants. | **CASE NO. CV 09-3263 CW (EMC)**<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE AND STIPULATED REQUEST TO STAY LITIGATION; and**<br><br>**ORDER** |

Plaintiff Zynga Game Network Inc. ("Zynga") and defendants Chirag Kenia and K-Valuemart Retail India Pvt. Ltd. ("Defendants") (Zynga and Defendants are collectively referred to as the "Parties") submit this stipulated request to continue the fact discovery deadline in this matter.

WHEREAS:   The Parties have reached a settlement in principle and expect to execute settlement documents within the next two weeks; and

WHEREAS:   Defendants have filed a motion to dismiss that is set for hearing on October 28, 2010; and

WHEREAS:   Plaintiff's opposition to Defendants' motion is due on October 7; and

WHREAS:   Both Parties have served discovery requests that remain outstanding; and

WHEREAS:   The Parties believe that an immediate stay of this litigation will allow them to complete a settlement without the need to expend their own, or the Court's, time and resources addressing the upcoming deadlines in the case; and

WHEREAS:   The Parties agree to cooperate in presenting a revised proposed scheduling order to the Court in the unlikely event that they are unable to finalize a settlement.

//
//
//
//
//
//
//
//
//
//

- 1 -

CASE NO. CV 09-3263 CW (EMC)
NOTICE OF SETTLEMENT IN
PRINCIPLE AND STIPULATION AND
~~PROPOSED~~ ORDER REGARDING STAY

THEREFORE, the Parties stipulate and respectfully request that the Court stay this litigation until the Parties have either finalized a settlement or have submitted a proposed revised scheduling order to the Court.

**IT IS SO STIPULATED**

KEATS McFARLAND & WILSON LLP

Dated:  October 5, 2010                By:_____
                                                Christopher T. Varas
                                                Attorneys for Plaintiff
                                                ZYNGA GAME NETWORK INC.


STRASSBURG, GILMORE & WEI LLP

Dated:  October 5, 2010                By:_____
                                                William Gilmore
                                                Attorneys for Defendants
                                                CHIRAG KENIA and K-VALUEMART
                                                INDIA PVT. LTD.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Pending the conclusion of settlement negotiations between the Parties, the Defendants' pending motion to dismiss is removed from the Court's calendar, and shall be reset if necessary pursuant to a stipulation of the Parties and this Court's order.  All discovery in this matter is stayed, and the Parties shall stipulate to revised discovery deadlines if necessary, such deadlines to be submitted to the Court along with any revised proposed scheduling order.  The case management conference remains on calendar for Jan. 6, 2011, but will be vacated if the case settles.

ENTERED THIS <u>7th</u> DAY OF <u>October</u>, 2010

_____
The Honorable Claudia Wilken,
United States District Judge

- 2 -

CASE NO. CV 09-3263 CW (EMC)
NOTICE OF SETTLEMENT IN
PRINCIPLE AND STIPULATION AND
~~PROPOSED~~ ORDER REGARDING STAY